IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01624-CMA-MJW

OCEANNA WILLIAMS,

    Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 7), filed July 19, 2012, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: July  19 , 2012

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge